UNITED STATES COURT OF APPEALS,
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Case No: 14-1208

| | |
|---|---|
| **LISA ANNE CORNELL and** | ) |
| **G. WARE CORNELL, JR.** | ) |
| **Petitioners,** | ) |
| | |
| v. | ) |
| | |
| **FEDERAL MARITIME COMMISSION,** | ) |
| **Respondent** | ) |
| | |
| _____ | ) |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Petitioners submit the following Certificate as to Parties, Rulings, and Related Cases as directed by the Court's Order dated October 24, 2014 (Doc 1518937)

**1. Parties**

These parties are before the Court:

(1)   Lisa Anne Cornell, Petitioner

(2)   G. Ware Cornell, Jr., Petitioner

(3)   The Federal Maritime Commission, Respondent

(4)   The United States of America, Respondent

(5)  Princess Cruise Lines Ltd. (CORP.), Movant-Intervenor

(6)  Carnival PLC, Movant-Intervenor

(7)  Carnival Corporation, Movant-Intervenor

## 2. Rulings Under Review

The ruling at issue is as follows: Order Reversing Initial Summary Decision In Part, Affirming In Part, and Vacating In Part, served August 28, 2014.

## 3. Related Cases

The order on review has not been before this Court or any other court, as defined in Circuit Rule 28(a)(1)(C). There have been no related cases before this Court or any other court, as defined in Circuit Rule 28(a)(1)(C).

                      CORNELL & ASSOCIATES, P.A.
                      Attorneys for the Petitioners
                      2645 Executive Park Dr
                      Weston, FL 33331
                      Telephone: (954) 618-1041
                      Facsimile: (954) 944-1969

                      BY: /s/ G. Ware Cornell Jr.
                      G. WARE CORNELL, JR.
                      Fla. Bar No.: 203920

Dated Thursday, November 20, 2014

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ G. Ware Cornell Jr.

SERVICE LIST

Tyler James Wood, Deputy General Counsel: twood@fmc.gov, tyler.wood@me.com

Mr. Steven Jeffrey Mintz, Attorney: steven.mintz@usdoj.gov

Jeffrey Bradford Maltzman, Attorney, jeffreym@maltzmanpartners.com

Steve Holman, Attorney, steveh@maltzmanpartners.com